■ MARY LEONARDO, Respondent, v METRO BURAK, INC., et al., Appellants.—In a stockholder's derivative action, defendants appeal from an order of the Supreme Court, Richmond County (Felig, J.), dated March 25, 1985, which denied their motion for a protective order.

Order affirmed, with costs.

We agree with Special Term that a sufficient "basis for inquiry" exists on the face of the complaint to permit the requested discovery in this shareholder's derivative action *(see, Matter of Elias v Artistic Paper Box Co.,* 29 AD2d 118; *Hegener v Party Tyme Prods.,* 24 AD2d 742; *Pearson v Rosenberg,* 22 AD2d 225). Lazer, J. P., Thompson, O'Connor, Rubin and Kunzeman, JJ., concur.

■ MANCHESTER DELI, INC., et al., Appellants, v COUNTY OF DUTCHESS, Respondent, et al., Defendants.—In an action to recover damages for injuries to property arising from road construction, plaintiffs appeal from so much of an order of the Supreme Court, Dutchess County (Rosenblatt, J.), entered April 25, 1985, as denied their motion to vacate the demand of defendant County of Dutchess for a bill of particulars.

Order reversed, insofar as appealed from, with costs, motion granted and the demand of defendant County of Dutchess for a bill of particulars vacated.

The demand for a bill of particulars includes requests for evidentiary material, and this court will not involve itself in pruning the improper requests from the proper requests *(see, Nazario v Fromchuck,* 90 AD2d 483). Mangano, J. P., Bracken, Weinstein, Lawrence and Kooper, JJ., concur.